27 So.2d 275

Robert W. O'MEARA v. COLLECTOR OF REVENUE.

Maurice O'MEARA v. SAME.

Nos. 38005, 38006.

April 22, 1946.

Rehearing Denied June 14, 1946.

John B. Smullin and C. C. Bird, Jr., both of Baton Rouge, for defendant and appellant.

Moss & Graham and Kaufman & Anderson, all of Lake Charles, for petitioners-appellees.

HAWTHORNE, Justice.

Both of these cases involve the validity of Article 107 of the Rules and Regulations Concerning Income Taxes, promulgated in November, 1938, by the Collector of Revenue, State of Louisiana.

The issue raised in these cases has been fully determined in the case of Standard Oil Co. of New Jersey (Formerly Standard Oil Co. of Louisiana) v. Collector of Revenue, 210 La. 428, 27 So.2d 268, all three of which were treated in argument before this court as one case.

For the reasons assigned in the case of Standard Oil Co. of New Jersey (Formerly Standard Oil Co. of Louisiana) v. Col-

lector of Revenue, the judgment of the district court in each of these cases is affirmed.

O'NIELL, C. J., absent.